148 A.3d 746

KIM RAGLAND, PLAINTIFF-PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, DEFENDANT-RESPONDENT.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004516-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.